CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 01 2010

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MELISSA R. DUNFORD, | ) |
| Plaintiff, | ) Case No. 7:09CV-00523 |
| v. | ) **FINAL ORDER** |
| NEW RIVER VALLEY REGIONAL JAIL, ET AL., | ) By: Glen E. Conrad<br>) United States District Judge |
| Defendants. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

as follows:

1. Plaintiff's motion to amend (Dkt. No. 6) is **GRANTED**, and the action is amended as stated in the motion to add two additional defendants, Mr. G. McPeak and Col. Lawson; and

2. This civil rights action as amended is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), and this action is stricken from the active docket of the court.

ENTER: This 1st day of February, 2010.

_____
United States District Judge